Form 270

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 17–11010

IN THE MATTER OF:
Larry Eugene Stogner     xxx–xx–0109
528 Louis Breeden Blvd.
Hamlet, NC 28345

  Debtor(s)

## NOTICE OF FILINGS DUE

It appearing that a petition commencing a case under Title 11, United States Code was filed by or against the person named above on 9/7/17 , and Pursuant to Bankruptcy Rule 1007 and/or Bankruptcy Rule 3015, the following document(s) named below must be filed within **fourteen (14) days** from the date the petition was filed.

**Missing Documents(s):**
_____
Ch13 Income Form 122C–1 due 09/21/2017
Notice of Crd & Pro Pln due 09/21/2017
App. For Base Fee due 09/21/2017
Schedule A/B due 09/21/2017
Schedule D due 09/21/2017
Schedule E/F due 09/21/2017
Aty Disclosure Stmt. due 09/21/2017
Schedule G due 09/21/2017
Verification of Matrix due 09/21/2017
Schedule H due 09/21/2017
Schedule I due 09/21/2017
Schedule J due 09/21/2017
Stmt. of Fin. Affairs due 09/21/2017
Summary – Form B 106 due 09/21/2017
Exempt Property Claim due 09/21/2017
Dec. Con. Debtor's Schedules due 09/21/2017

**Date: 9/8/17**                                                                                       **OFFICE OF THE CLERK/ cph**