**SO ORDERED.**

**SIGNED this 28th day of September, 2017.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Larry Eugene Stogner, ) | Case No: 17-11010 |
| ) | |
| Debtor. ) | |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME
### TO FILE SCHEDULES AND MISSING DOCUMENTS

**THIS MATTER** came before the United States Bankruptcy Judge upon the Motion For Extension of Time to File Schedules and Missing Documents filed on September 19, 2017 (the "Motion"); with Notice on the Motion dated September 20, 2017 issued by the Office of the Clerk setting September 27, 2017 as the deadline to file a written objection, and with no objections having been made to the Motion, the Court finds that the Debtor's request for an extension of time should be allowed.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the deadline for filing schedules is extended up through and including October 5, 2017.

[END OF DOCUMENT]

LIST OF PARTIES TO BE SERVED
Larry Eugene Stogner
17-11010

William P. Miller
Bankruptcy Administrator
VIA CM/ECF

Anita Jo Kinlaw Troxler
500 W. Friendly Avenue
P.O. Box 1720
Greensboro, NC  27402-1720

Larry Stogner
528 Louis Breeden Blvd.
Hamlet, NC  28345