UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Larry Eugene Stogner, ) | Case No: 17-11010 |
| ) | |
| Debtor. ) | |

## SECOND MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND MISSING DOCUMENTS

NOW COMES Larry Eugene Stogner, ("Debtor") by and through counsel, and respectfully request a second extension of time to file Schedules and Missing Documents in this proceeding for up to and including October 11, 2017, and in support of which shows unto the Court the following:

1. On September 7, 2017, the Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code.

2. The Notice of Chapter 13 Bankruptcy Case in this proceeding sets forth October 16, 2017 as the date for the § 341 Meeting of Creditors.

3. On September 28, 2017 the Court approved the Debtor's Request to extend the time to file Schedules and Missing Documents to and including October 5, 2017 Doc. No. [13].

4. The Debtors require an extension of time to complete the information required in the Schedules and Missing Documents, up to and including October 11, 2017, which will allow sufficient time for review prior to the Meeting of Creditors.

5. Thus the deadline for filing the Schedules and Missing Documents in this proceeding has not expired.

WHEREFORE, the Debtor respectfully requests:

1. That the deadline for filing Schedules and Missing Documents be extended up through and including October 11, 2017; and

2. For such other and further relief as the Court deems just and proper.

THIS the 5th day of October 2017.

        /s/ Dirk W. Siegmund
        Dirk W. Siegmund
        Attorney for Defendant
        N.C.S.B. #20796

**OF COUNSEL:**
**IVEY, McCLELLAN, GATTON & SIEGMUND, L.L.P.**
P. O. Box 3324
Greensboro, NC  27402
Telephone:  336-274-4658
Facsimile:  336-274-4540

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on the date indicated below, the undersigned served a copy of the foregoing **SECOND MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND MISSING DOCUMENTS** to the parties as shown below via electronic transmission as may be applicable or by depositing the same in a post-paid wrapper, addressed accordingly, in an official depository of the United States Postal Service, in the manner prescribed by law:

William P. Miller
Bankruptcy Administrator
VIA CM/ECF

Anita Jo Kinlaw Troxler
Chapter 13 Trustee
VIA CM/ECF

Larry Stogner
528 Louis Breeden Blvd.
Hamlet, NC  283459999

THIS the 5th day of October 2017.

/s/ Dirk W. Siegmund
Dirk W. Siegmund
Attorney for Defendant
N.C.S.B. #20796

**OF COUNSEL:**
**IVEY, McCLELLAN, GATTON & SIEGMUND, L.L.P.**
P. O. Box 3324
Greensboro, NC  27402
Telephone:  336-274-4658
Facsimile:   336-274-4540