# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
    **Larry Eugene Stogner** )    Case No.  **17-11010**
    **528 Louis Breeden Blvd.** )    Chapter  **13**
    **Hamlet, NC 28345** )
)
)
)
)
)
)
SS#  **xxx-xx-0109** )
SS# )
        Debtor(s) )

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on **September 7, 2017**.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

## CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I.  Plan Payments**

The plan proposes a payment of __$5,500.00__ per month for a period of __60__ months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II.  Administrative Costs**

    **1.  Attorney fees.**

    ☑ The attorney for the Debtor will be paid the base fee of $4,500.00. The Attorney has received $ __500.00__ from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.

    ☐ The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

    **2.  Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III.  Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

    **1.  Domestic Support Obligations ("DSO")**

      a.  ☑ None

      b.  The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
|  |  |  |

      c.  All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

      d.  Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
|  |  |  |

    **2.  Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| **Anson County Tax Department** | $0.00 |
| **Brunswick County Tax Adminstration** | $962.26 |
| **City of Hamlet** | $2,239.55 |
| **Internal Revenue Service** | $24,679.00 |
| **North Carolina Dept. of Revenue** | $6,283.37 |
| **Richmond County Tax Dep.** | $11,111.09 |
| **Town of Wadesboro** | $0.00 |

**IV.** **Secured Claims**

    **1.** **Real Property Secured Claims**

        a. ☐ None

        b. All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| **Fidelity Bank** | **236 Ingrams Mill Rd. Ellerbe, NC 28338 Richmond County Currently listed for sale at $360,000.00. Fidelity has an appraisal at $500,000.00. The current Richmond County Tax Value is $41,827.00.** | **NR** | **N** | **$0.00** | **$0.00** | **T** |
| **Fidelity Bank** | **921 E. Broad Ave. Rockingham, NC 28379 Richmond Tax Value: $699,736.00 936 Circlewood Dr., Hamlet, NC 28345 Richmond County Tax Value: $163,387.00** | **NR** | **N** | **$2,869.80** | **$0.00** | **T** |
| **Uwharrie Bank** | **308 E. Caswell St. Wadesboro, NC 28170 Anson County Anson County Tax Value** | **NR** | **Y** | **$1,186.00** | **$0.00** | **T** |
| **Wells Fargo Home Mortgage** | **3229 Mullet Creek Place Bolivia, NC 28422 Brunswick County Currently listed for sale at $195,000.00. The current Brunswick County Tax Value is $164,070.00.** | **NR** | **N** | **$716.58** | **$0.00** | **T** |

    **2.** **Personal Property Secured Claims**

        a. ☐ None

        b. Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| **Southeast Toyota Finance** | **2015 Toyota Prius 295,000 miles 90% NADA Clean Retail Value $15,322.50 Vin#: JTDZN3EU2FJ037284** | **$15,322.50** | **Y** | **$12,690.65** | **$0.00** | **$0.00** | **0%** |

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| **Volkswagen Credit** | **2015 Volkswagen Beetle 26,000 miles 90% NADA Clean Retail Value $15,772.50 Vin #: 3VW517AT3FM820399** | $15,772.50 | N | $2,114.60 | $0.00 | $0.00 | 0% |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

3.  **Collateral to be Released**

The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| **Ford Motor Credit** | **2016 Ford F150 16,000 miles 90% NADA Clean Retail Value $46,192.50 Vin#: 1FTEW1EG7GFB93240** |

4.  **Liens to be Avoided**

The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| **-NONE-** | |

V.  **Co-Debtor Claims**

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| **-NONE-** | | | |

VI.  **General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __**100**__ %.

VII.  **Executory Contracts/Leases**

   a.   ☑ None

   b.   The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| | |

c. The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

**VIII.   Special Provisions**

    a. ☐ None

    b. Other classes of unsecured claims and treatment

    c. Other Special Terms

The Debtor proposes to sell the following Real Property:
- 236 Ingrams Mill Road, Ellerbe, NC 28338
- 921 E. Broad Avenue, Rockingham, NC 28379
- 308 E. Caswell Street, Wadesboro, NC 28170
- 3229 Mullet Creek Place, Bolivia, NC 28422
- 275 Ledbetter Street, Cordova, NC 28330
- 934 Circlewood Drive, Richmond, NC 28345

Authorization from the court will be needed in order to sell or auction off property. If the properties have not been sold by November 1, 2018, the Automatic stay will lift on that sale to release all secured properties and to allow lien holders to start the foreclosure proceedings.

To the extent there are any proceeds reaming after satisfaction of all liens against the properties and to which the Debtor is not entitled to on exemptions these proceeds must be paid to the Chapter 13 Trustee for the benefit of creditors.

**Adequate Protection Payments**
- **Fidelity Bank**
  Collateral: 236 Ingrams Mill Road, Ellerbe, NC 28338
  Payments: $0.00
  Interest: Contract

The 236 Ingrams Mill Road, Ellerbe, NC 28338 has a value of $360,000.00 and a lien of $$271,169.28. As such Fidelity Bank is adequately protected based on the equity in the property.

- **Fidelity Bank**
  Collateral: 921 E. Broad Avenue, Rockingham, NC 28379 and 936 Circlewood Drive, Richmond, NC 28345
  Payment: $2,869.80 per month
  Interest: Contract
- **Uwharrie Bank**
  Collateral: 308 E. Caswell Street, Wadesboro, NC 28170
  Payment: $716.58
  Interest Rate: till

Date:  **October 11, 2017**    /s/ Dirk W. Siegmund
**Dirk W. Siegmund 20796**
Attorney for the Debtor
Address:  **100 S. Elm St, Ste. 500**
**Greensboro, NC 27401**
Telephone:  **336-274-4658**
State Bar No.  **20796**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  )
    **Larry Eugene Stogner** )     NOTICE TO CREDITORS
     )     AND
     )     PROPOSED PLAN
SS#  **xxx-xx-0109** )
SS#   )     Case No. **17-11010**
    Debtor(s) )

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Anita Jo Kinlaw Troxler**
**Chapter 13 Trustee**
**Greensboro Division**
**Post Office Box 1720**
**Greensboro, NC 27402-1720**

**1st Choice Chiropractic,PLLC**
**528 Louis Breeden Blvd**
**Hamlet, NC 28345**

**A. Wayne Stogner**
**506 Stanley Ave.**
**Rockingham, NC 28379**

**AdvanceMed Corporation**
**520 Royal Parkway Suite 100**
**Nashville, TN 37214**

**American Express**
**PO Box 981535**
**El Paso, TX 79998-1537**

**Anson County Tax Department**
**101 S. Greene St.**
**Wadesboro, NC 28170**

**Attorney General of North Carolina**
**9001 Mail Service Center**
**Raleigh, NC 27699-9001**

**Attorney General of the United States**
**US Dept. of Justice**
**900 Pennsylvania Avenue NW**
**Washington, DC 20530**

**BB&T Item Processing Center**
**P.O. Box 580044**
**Charlotte, NC 28258**

**Brunswick County Tax Adminstration**
**PO Box 269**
**Bolivia, NC 28422**

**CAMS'**
1612 Military Cutoff Road, Suite 108
Wilmington, NC 28403

**Can Capital, Inc.**
2015 Vaughn Road, Suite 500
Kennesaw, GA 30144

**City of Hamlet**
201 Main St.
Hamlet, NC 28345

**Civitas Media**
130 Harbour Place Drive, Suite 300
Davidson, NC 28036

**Computer Zone**
615 Long Drive
Rockingham, NC 28379

**Cox & Hamilton**
**Certified Public Accountants, P.A.**
**P.O. Box 1117**
**Rockingham, NC 28380**

**Diana Coada**
**Rogers Townsend & Thomas, P.C.**
**3800 Arco Corporate Drive, Suite 250**
**Charlotte, NC 28273**

**E*Trade Securities, LLC**
**P.O. Box 484**
**Jersey City, NJ 07303**

**Employment Security Commission**
**2301 West Meadowview Road**
**Greensboro, NC 27407**

**Fidelity Bank**
**PO Box 1469**
**Fuquay Varina, NC 27526-1469**

**First Choice Medical**
**921 East Broad Avenue**
**Rockingham, NC 28379**

**First Choice Medical Group, P.C.**
**Cynthia W. McLermoe, Registered Agent**
**921 E. Broad Avenue**
**Rockingham, NC 28379-4338**

**Ford Motor Credit**
**One American Rd**
**Dearborn, MI 48126**

**Henry C. Stogner, III**
**7720 Hamlet Ave.**
**Arlington, TX 76017**

**Internal Revenue Service**
**Centralized Insolvency**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**Karen Stogner**
**528 Louis Breeden Blvd.**
**Hamlet, NC 28345**

**Labcorp**
**358 S. Main St.**
**Burlington, NC 27215**

**Marlin Leasing Corporation**
**300 Fellowship Rd.**
**Mount Laurel, NJ 0805**

**MedCenter Display**
11408 Otter Ch St
Mabelvale, AR 72103

**North Carolina Dept. of Revenue**
P.O. Box 1168
Raleigh, NC 27602-1168

**Optimum Outcomes**
2651 Warrenville R 500
Downers Grove, IL 60515

**Paragon Revenue Group**
PO Box 127
Concord, NC 28026-0127

**Parker Poe Attorneys & Counselors at Law**
Attn: Joy M. Hord
401 South Tryon St., Suite 3000
Charlotte, NC 28202

**PMAB, LLC**
4135 South Stream Blvd., Suite 400
Charlotte, NC 28217

**Richmond County Courthouse**
Clerk of Court
105 West Frankin St.
Rockingham, NC 28379

**Richmond County Tax Dep.**
1401 Fayetteville Rd.
Rockingham, NC 28379

**SCA Collections**
PO Box 876
Greenville, NC 27835

**Southeast Toyota Finance**
P.O. Box 70832
Charlotte, NC 28272

**Southeast Toyota Finance**
Attn: Bankruptcy Dept.
P.O. Box 991817
Mobile, AL 36691

**Spectrum Business**
P.O. Box 77169
Charlotte, NC 28271-7169

**Stern Recovery Services, Inc.**
PO Box 14899
Greensboro, NC 27415-4899

**Stogner Family Properties, LLC**
506 Stanly Ave.
Rockingham, NC 28379

**Stogner Management Inc.**
528 Louis Breeden Blvd.
Hamlet, NC 28345

**Swink Oil**
203 W. Broad Ave.
Rockingham, NC 28379

**Synchrony Bank/ Lowe's**
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

**The Express Newspaper**
205 West Morgan Street
Wadesboro, NC 28170

**Town of Wadesboro**
**P.O. Box 697**
**Wadesboro, NC 28170**

**Uwharrie Bank**
**P.O. Box 338**
**Albemarle, NC 28002**

**Volkswagen Credit**
**P.O. Box 5215**
**Carol Stream, IL 60197**

**W. Eric Medlin Esq.**
**Medlin Law Firm, PC Substitute Trustee**
**114 N. elm Street, Suite 500**
**Greensboro, NC 27401**

**Wells Fargo Home Mortgage**
**PO Box 10335**
**Des Moines, IA 50306**


Date:    **October 11, 2017**                         /s/ Dirk W. SIegmund
                                                      **Dirk W. Siegmund 20796**