.

1st Choice Chiropractic,PLLC
528 Louis Breeden Blvd
Hamlet, NC 28345


1st Choice Chiropratice PLLC
528 Louis Breeden Blvd.
Hamlet, NC 28345


A. Wayne Stogner
506 Stanley Ave.
Rockingham, NC 28379


AdvanceMed Corporation
520 Royal Parkway Suite 100
Nashville, TN 37214


American Express
PO Box 981535
El Paso, TX 79998-1537


Anson County Tax Department
101 S. Greene St.
Wadesboro, NC 28170


Attorney General of North Carolina
9001 Mail Service Center
Raleigh, NC 27699-9001


Attorney General of the United States
US Dept. of Justice
900 Pennsylvania Avenue NW
Washington, DC 20530


BB&T Item Processing Center
P.O. Box 580044
Charlotte, NC 28258


Brunswick County Tax Adminstration
PO Box 269
Bolivia, NC 28422


CAMS'
1612 Military Cutoff Road, Suite 108
Wilmington, NC 28403

Can Capital, Inc.
2015 Vaughn Road, Suite 500
Kennesaw, GA 30144


City of Hamlet
201 Main St.
Hamlet, NC 28345


Civitas Media
130 Harbour Place Drive, Suite 300
Davidson, NC 28036


Computer Zone
615 Long Drive
Rockingham, NC 28379


Cox & Hamilton
Certified Public Accountants, P.A.
P.O. Box 1117
Rockingham, NC 28380


Diana Coada
Rogers Townsend & Thomas, P.C.
3800 Arco Corporate Drive, Suite 250
Charlotte, NC 28273


E*Trade Securities, LLC
P.O. Box 484
Jersey City, NJ 07303


Employment Security Commission
2301 West Meadowview Road
Greensboro, NC 27407


Fidelity Bank
PO Box 1469
Fuquay Varina, NC 27526-1469


Fidelity Bank
100 South Main Street
Fuquay Varina, NC 27526


First Choice Medical
921 East Broad Avenue
Rockingham, NC 28379

First Choice Medical Group, P.C.
Cynthia W. McLermoe, Registered Agent
921 E. Broad Avenue
Rockingham, NC 28379-4338


Ford Motor Credit
One American Rd
Dearborn, MI 48126


Henry C. Stogner, III
7720 Hamlet Ave.
Arlington, TX 76017


Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346


Karen H. Stogner
528 Louis Breeden Blvd.
Hamlet, NC 28345


Karen Stogner
528 Louis Breeden Blvd.
Hamlet, NC 28345


Labcorp
358 S. Main St.
Burlington, NC 27215


Marlin Leasing Corporation
300 Fellowship Rd.
Mount Laurel, NJ 08054


MedCenter Display
11408 Otter Ch St
Mabelvale, AR 72103


North Carolina Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27602-1168


Optimum Outcomes
2651 Warrenville R 500
Downers Grove, IL 60515

```
Paragon Revenue Group
PO Box 127
Concord, NC 28026-0127


Parker Poe Attorneys & Counselors at Law
Attn: Joy M. Hord
401 South Tryon St., Suite 3000
Charlotte, NC 28202


PMAB, LLC
4135 South Stream Blvd., Suite 400
Charlotte, NC 28217


Richmond County Courthouse
Clerk of Court
105 West Frankin St.
Rockingham, NC 28379


Richmond County Tax Dep.
1401 Fayetteville Rd.
Rockingham, NC 28379


SCA Collections
PO Box 876
Greenville, NC 27835


Southeast Toyota Finance
P.O. Box 70832
Charlotte, NC 28272


Southeast Toyota Finance
Attn: Bankruptcy Dept.
P.O. Box 991817
Mobile, AL 36691


Spectrum Business
P.O. Box 77169
Charlotte, NC 28271-7169


Stern Recovery Services, Inc.
PO Box 14899
Greensboro, NC 27415-4899
```

Stogner Family Properties, LLC
506 Stanly Ave.
Rockingham, NC 28379


Stogner Management Inc.
528 Louis Breeden Blvd.
Hamlet, NC 28345


Stogner Management Inc.
528 Louis Breeden Blvd
Hamlet, NC 28345


Swink Oil
203 W. Broad Ave.
Rockingham, NC 28379


Synchrony Bank/ Lowe's
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060


The Express Newspaper
205 West Morgan Street
Wadesboro, NC 28170


Town of Wadesboro
P.O. Box 697
Wadesboro, NC 28170


Uwharrie Bank
P.O. Box 338
Albemarle, NC 28002


Volkswagen Credit
P.O. Box 5215
Carol Stream, IL 60197


W. Eric Medlin Esq.
Medlin Law Firm, PC Substitute Trustee
114 N. elm Street, Suite 500
Greensboro, NC 27401


Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306