CO-156W *(4/96)*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
OFFICE OF THE CLERK - DIVISIONAL OFFICE
226 SOUTH LIBERTY STREET
WINSTON-SALEM, NORTH CAROLINA 27101

JEANETTE STARK                                        TELEPHONE COM-(336)397-7785
  CHIEF DEPUTY CLERK

**MEMORANDUM**

**TO:**     Dirk W. Siegmund

**FROM:**   CLERKS OFFICE

**DATE:**   October 12, 2017

**RE:**     Larry Eugene Stogner

            CASE NO.    17-11010

**NOTICE TO AFFECTED PARTIES OF AMENDMENT**

   Please take note that Bankruptcy Rule 1009 requires the debtor to give notice of any amendments of voluntary petitions, lists, schedules (including Exemption Form 91-C) and statements to the trustee and to any entity affected by the amendment.

   If the debtor is adding creditors to the schedules or matrix, the additional creditors must be notified of the amendment and a copy of any notices mailed to creditors in this case should be sent to those creditors. **A certificate of service should then be filed with the Court.**

   If the debtor is amending the claim for exemptions, the debtor must notify **all creditors** of the amendment, and file a **Certificate of Service with the Court.**

   If you have any questions regarding this matter, please contact the Clerks Office.

                                          Christine P. Hamrick
                                    By:  _____
                                              Deputy Clerk