C-13-15(ECF)
(Rev. 4/16)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | **MOTION** |
| | ) | **CHAPTER 13** |
| STOGNER, LARRY EUGENE    XXX-XX-0109 | ) | |
| 528 LOUIS BREEDEN BLVD | ) | No:  17-11010          C-13G |
| HAMLET NC 28345 | ) | |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

The Debtor has defaulted in plan payments.  The Trustee recommends the Debtor be dismissed from Chapter 13.  The Trustee further recommends that should the case be dismissed prior to confirmation that the Trustee be allowed to retain from any funds received in the case noticing costs plus $125.00 to credit toward expenses.

Date:  October 11, 2017                                                                                          s/Anita Jo Kinlaw Troxler
AJKT: lj                                                                                                                    Standing Trustee

---

### NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at 2:30 p.m., October 25, 2017, in the Courtroom #1, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401; at which time you may appear and offer your evidence.  If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date:  October 12, 2017                                                                                          OFFICE OF THE CLERK
                                                                                                                                U.S. Bankruptcy Court

PARTIES TO BE SERVED
PAGE 1 OF 1
17-11010

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

LARRY E STOGNER
528 LOUIS BREEDEN BLVD
HAMLET NC 28345

DIRK W SIEGMUND ESQ
PO BOX 3324
GREENSBORO NC 27402